ZOBREST, Respondent, v. EAST BUFFALO BREWING CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 2, 1912.) Action by John

G. Zobrest against the East Buffalo Brewing Company and others.

PER CURIAM. Order (77 Misc. Rep. 218, 135 N. Y. Supp. 815) reversed, with $10 costs and disbursements, unless the plaintiff, within 10 days after service of a copy of this order, together with notice of entry thereof, executes and delivers to the defendant Brewing Com-pany a bond, with sufficient sureties, to be ap-proved ·by a Justice of the Supreme Court, in the penalty of $1,200, conditioned for the pay-ment of such damages as may finally be estab-lished in defendant's favor by reason of the stay of proceedings, in which event the order is affirmed, without costs of this appeal to either party.